UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY DESHAUN JOHNSON,  )<br>)<br>Petitioner,  )<br>)<br>VS.  )<br>)<br>NATHANIEL QUARTERMAN, Director,  )<br>Texas Department of Criminal Justice,  )<br>Correctional Institutions Division,  )<br>)<br>Respondent.  ) | CIVIL ACTION NO.<br><br>3:09-CV-0183-G<br><br>**ECF** |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

May 27, 2009.

_____
A. JOE FISH
**Senior United States District Judge**